FILED
CLERK, U.S. DISTRICT COURT

MAR 14 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RONNEL JACKSON, | ) | NO. CV 08-1101-CJC (E) |
| Petitioner, | ) | |
| v. | ) | ORDER OF DISMISSAL |
| D.L. OLLISON, Acting Warden, | ) | |
| Respondent. | ) | |

Petitioner filed a "Petition for Writ of Habeas Corpus by a Person in State Custody" on February 19, 2008. The Petition challenges Petitioner's conviction and sentence in Los Angeles Superior Court case number MA015199.

Petitioner previously challenged this same conviction in prior habeas corpus petitions filed in this Court. On October 26, 2000, Petitioner filed a habeas corpus petition challenging his conviction and sentence in Los Angeles Superior Court case number MA015199, in Jackson v. Giurbino, CV 00-11349-CM (E). On February 26, 2001, this Court entered Judgment in Jackson v. Giurbino, CV 00-11349-CM (E), denying and dismissing the petition on the merits with prejudice.

1  On June 24, 2003, Petitioner filed another habeas corpus petition
2  challenging the same conviction and sentence as that challenged in
3  Jackson v. Giurbino, CV 00-11349-CM (E), in Jackson v. Hall, CV 03-
4  4478-CJC (E). On July 2, 2003, this Court issued an Order of
5  Dismissal, deeming the petition in Jackson v. Hall, CV 03-4478-CJC
6  (E), to be second or successive within the meaning of 28 U.S.C.
7  section 2244(b), and dismissing the petition because Petitioner had
8  not obtained authorization from the Ninth Circuit Court of Appeals to
9  file the second or successive petition.

11  On January 14, 2005, Petitioner filed a third habeas corpus
12  petition challenging the same conviction and sentence as that
13  challenged in Jackson v. Giurbino, CV 00-11349-CM (E), in Jackson v.
14  Hall, CV 05-373-AHS (E). On February 16, 2005, this Court issued an
15  Order of Dismissal, deeming the petition in Jackson v. Hall, CV 05-
16  373-AHS (E), to be second or successive within the meaning of 28
17  U.S.C. section 2244(b), and dismissing the petition because Petitioner
18  had not obtained authorization from the Ninth Circuit Court of Appeals
19  to file the second or successive petition. On March 10, 2005,
20  Petitioner filed in the Ninth Circuit Court of Appeals an application
21  for leave to file a second or successive habeas petition, in Jackson
22  v. Hall, Ninth Circuit case number 05-71370.[1] On May 17, 2005, the
23  Ninth Circuit denied the application.
24  ///

---

[1] The Court takes judicial notice of the Ninth Circuit's docket in Jackson v. Hall, Ninth Circuit case number 05-71370. See Mir v. Little Company of Mary Hosp., 844 F.2d 646, 649 (9th Cir. 1988).

2

1  The Court must dismiss the present Petition in accordance with
2  28 U.S.C. section 2244(b) (as amended by the "Antiterrorism and
3  Effective Death Penalty Act of 1996"). Section 2244(b) requires that
4  a petitioner seeking to file a "second or successive" habeas petition
5  first obtain authorization from the court of appeals. See Burton v.
6  Stewart, 127 S. Ct. 793, 799 (2007) (where petitioner did not receive
7  authorization from Court of Appeal before filing second or successive
8  petition, "the District Court was without jurisdiction to entertain
9  [the petition]"); Barapind v. Reno, 225 F.3d 1100, 1111 (9th Cir.
10 2000) ("the prior-appellate-review mechanism set forth in § 2244(b)
11 requires the permission of the court of appeals before 'a second or
12 successive habeas application under § 2254' may be commenced"); Harris
13 v. Felker, 2007 WL 1599990 (E.D. Cal. June 4, 2007), report and
14 recommendation adopted, 2007 WL 2326055 (E.D. Cal. Aug. 14, 2007)
15 (dismissing petition which challenged same conviction challenged in
16 previous petition, where petitioner had not obtained authorization
17 from Court of Appeal to file second or successive petition).
18 Petitioner evidently has not yet obtained authorization from the Ninth
19 Circuit Court of Appeals. Consequently, this Court cannot entertain
20 the present Petition. See Burton v. Stewart, 127 S. Ct. at 799; see
21 also Dews v. Curry, 2008 WL 590476, at *3 (E.D. Cal. Feb. 29, 2008)
22 (without Court of Appeals' authorization, "this court lacks
23 jurisdiction to consider the petition").
24 ///
25 ///
26 ///
27 ///
28 ///

1  For all of the foregoing reasons, the Petition is denied and
2  dismissed without prejudice.
3
4  LET JUDGMENT BE ENTERED ACCORDINGLY.
5
6  DATED: *March 12*, 2008.
7
8
9  _____
10       CORMAC J. CARNEY
         UNITED STATES DISTRICT JUDGE
11
12 PRESENTED this 10th day of
13 March, 2008, by:
14
15 /S/   **CHARLES F. EICK**
       _____
       CHARLES F. EICK
16 UNITED STATES MAGISTRATE JUDGE