FILED
CLERK, U.S. DISTRICT COURT

MAR 14 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNEL JACKSON, | NO. CV 08-1101-CJC (E) |
| Petitioner, | |
| v. | JUDGMENT |
| D.L. OLLISON, Acting Warden, | |
| Respondent. | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: March 12, 2008.

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE